# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| TRU MOBILITY, INC.,<br>    Plaintiff,<br><br>vs.<br><br>BRIGGS AUTO GROUP, INC.,<br>    Defendant. | Case No. 23-3089<br><br>On Appeal from the<br>United States District Court<br>for the District of Kansas<br>Case No. 5:21-cv-04071-JAR |

### MOTION FOR EXTENSION OF TIME TO FILE
### THE BRIEF OF THE APPELLANT

Appellant Tru Mobility, Inc. moves the Court under Fed. R. App. P. 26(b) and 10th Cir. R. 27.6 for an extension of time of 30 days in which to file its brief. The brief currently is due Monday, July 31, 2023.

This is the appellant's first request for an extension of time. If the Court grants this request, its brief will be due Wednesday, August 30, 2023. Counsel for the appellee informs counsel for the appellant that the appellee has no objection to this request.

In the time since the notice of appeal was filed, in addition to other duties, undersigned counsel, who is responsible for drafting the appellant's brief, has filed other briefs in this Court, all three districts of the Missouri Court of Appeals, and the Kansas Court of Appeals, three applications for transfer in the Supreme Court of Missouri, and a writ petition in the Missouri Court of Appeals, and presented an oral argument before the Missouri Court of Appeals and a felony post-

1

conviction evidentiary hearing in Missouri state court. Counsel also was out of the country for 12 days on a long-planned trip. And besides this brief, counsel also is working on other briefs due in the Missouri Court of Appeals and the Florida Second District Court of Appeals.

This is a commercial dispute concerning the interpretation of several intertwined contracts. Undersigned counsel did not represent the appellant before the district court, but is working diligently to complete its opening brief, requiring mastery of the record and intensive research. The appellant knows the Court disfavors extensions of time. 10th Cir. R. 27.6(A), 31.4. But given counsel's time constraints and the importance of briefing of the highest quality, an additional 30 days is necessary to make certain the issues on appeal are developed and presented concisely to the Court as well as possible.

Accordingly, the Court should extend the time in which to file the brief of the appellant until Wednesday, July 31, 2023.

> Respectfully submitted,
>
> *Jonathan Sternberg, Attorney, P.C.*
>
> by /s/Jonathan Sternberg
> Jonathan Sternberg, Mo. #59533
> 2323 Grand Boulevard #1100
> Kansas City, Missouri 64108
> Telephone: (816) 292-7020
> Facsimile: (816) 292-7050
> jonathan@sternberg-law.com
>
> COUNSEL FOR APPELLANT

Certificate of Service

      I certify that on July 26, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

s/Jonathan Sternberg
Attorney

Certificate of Compliance

      I certify under Fed. R. App. P. 32(g)(1) that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 327 words, excluding the caption, signature block, and certificate of service.

      I further certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6), because I prepared it in a proportionally-spaced typeface, Century Schoolbook size-14 font, using Microsoft Word for Office 365.

      I further certify that the electronic copy of this motion filed via the Court's CM/ECF system is an exact, searchable PDF copy thereof, that it was scanned for viruses using Microsoft Windows Defender, and that according to that program, it is free of viruses.

s/Jonathan Sternberg
Attorney